[Crim. No. 2493. Second Appellate District, Division Two.—January 22, 1934.]

In the Matter of the Application of DICK STOVALL for a Writ of Habeas Corpus.

Loeb L. Cossack for Petitioner.

Buron Fitts, District Attorney, and Tracy Chatfield Becker, Deputy District Attorney, for Respondent.

STEPHENS, P. J.—Petitioner was regularly bound over to the superior court for trial for pandering. ▮ He complains to this court that there was not sufficient evidence produced at the hearing to legally justify his being held for trial.

There is sufficient evidence to justify the belief that such a crime was committed in his residence. There is evidence of his implication and knowledge.

The writ is discharged.

Craig, J., and Archbald, J., *pro tem.*, concurred.